AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

RECEIVED
SEP 17 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

United States of America
v.

Jack James Erselius

*Defendant(s)*

Case No. 3:25-mj-073

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 10/29/2024 - 1/21/2025 in the county of Story in the Southern District of Iowa, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §2252A(a)(2) | Receipt of Child Pornography |
| 18 U.S.C. §2252A(a)(5)(B) | Possession of Child Pornography |
| 18 U.S.C. §2261A(2) | Cyber Stalking |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Det. Tiffany Lord, University of Iowa PD / JFACT

*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 9/17/25

*Judge's signature*

City and state: Davenport, Iowa

Stephen B. Jackson, Chief U.S. Magistrate Judge

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| AFFIDAVIT IN SUPPORT OF COMPLAINT | ) | Case No. 3:25-mj-073 |
| | ) | FILED UNDER SEAL |

I, Detective Tiffany Lord, being duly sworn on oath, depose, and state as follows:

1. I am a Detective with the University of Iowa Police Department in the State of Iowa and have been so employed since 2020. I am also assigned to the Iowa Internet Crimes Against Children Task Force and the Johnson County Joint Forensic Analysis Cyber Team. In my current assignment, I investigate violations of Federal and Iowa State law, including the online sexual exploitation of children. This includes violations pertaining to the illegal possession, receipt, distribution, transmission, advertisement, and production of material depicting the sexual exploitation of minors.

2. My training and experience include graduating from the Washtenaw Community College Police Academy with my Michigan Commission on Law Enforcement Standards (MCOLES) certificate in 2017. I then completed the proper testing in Iowa to become a certified officer in 2019. I had two years of experience in Michigan as a patrol officer and a year of experience at the University of Iowa as a patrol officer before becoming a detective. I hold other academic credentials, including an undergraduate certificate specializing in Digital Forensics from Des Moines Area Community College, an associate's degree in liberal arts from Kirkwood Community College, and a bachelor's degree from Champlain College in cybersecurity. I am credentialed by the International Association of Computer Investigative Specialists (IACIS) as a Certified Forensic Computer Examiner, and mobile device forensics.

3. This affidavit is in support of a criminal complaint charging JACK JAMES ERSELIUS (ERSELIUS) with federal crimes. The information contained in this affidavit comes from my training and experience, my review of evidence and personal observations, information contained in the reports of other officers, and information obtained from other officers and witnesses. This affidavit is intended to show probable cause for issuance of the complaint and does not set forth all of the information known to me.

4. Specifically, based upon the facts contained herein, I believe probable cause exists that JACK JAMES ERSELIUS violated Title 18, United States Code, Section 2252A(a)(2) (Receipt of Child Pornography); Section 2252A(a)(5)(B) (Possession of Child Pornography); and Section 2261A(2) (Cyber Stalking), in Story County, Iowa, both within the Southern District of Iowa, between October 29, 2024, and January 21, 2025.

## FACTUAL BASIS

5. On October 9, 2024, law enforcement was informed that a user on Kik[1] (Goodboy3433) was requesting other users to take "creepshots" of two females who were students at the University of Iowa. I was able to investigate the user of this Kik account from search warrants and subpoenas to find that the account was used by ERSELIUS, a student at Iowa State University.

6. On January 21, 2025, law enforcement executed a search warrant on ERSELIUS' residence in Story County, Iowa, and sized multiple devices belonging to ERSELIUS, two of which I found had evidence of cyberstalking and child pornography. I found that both devices were connected to multiple Discord[2] accounts that were used by ERSELIUS.

7. From on or about October 29, 2024, and continuing to on or about January 21, 2025, ERSELIUS utilized multiple Discord accounts in order to solicit other users to rape, stalk, and/or cyberflash[3] young females (late teens to early twenties) and minors. ERSELIUS would send pictures of the victims with information about them such as their name, date of birth, phone number, address, vehicle information, and/or social media account handles. ERSELIUS would explain to the other Discord users that he knew where many the Victims were "at all times."

8. The following are examples of some of the statements and requests ERSELIUS would send on Discord to other users, in relation to the victims:

a. 10/29/2024: Do you want to come to Iowa and rape [victim's first name]?
b. 10/29/2024: Wanna rape some college bitches?
c. 10/30/2024: Wanna come to Iowa and rape [victim's full name]?
d. 10/30/2024: Looking for some little college and teen rapetoys?
e. 10/31/2024: Wanna rape her?
f. 11/01/2024: Would you wanna find a sexy bitch I know that works at Mercy?...She's hot and it's a kink of mine to get her groped [...] I know where her apartment is
g. 11/03/2024: You wanna rape a freshman at ISU?

---

[1] Kik is a free instant messaging, social networking application that allows users to send messages, photos, videos, and other media.

[2] Discord is a free communication platform for communities of all types, offering text, voice, and video chat within servers that can host various text and voice channels.

[3] Cyberflashing is when someone sends a photo or video of their genitals, or someone else's, to another person without their consent.

h. 11/05/2024: Mmmm that's probably enough info to rape her
i. 11/07/2024: Rape her senseless.
j. 12/11/2024: I can help you find and rape then if your BBC wants to
k. 12/19/2024: I have girls I love EXPOSING and getting their lives ruined.
l. 12/21/2024: She's in Frankfort now. Begging to get her ass groped. Please…I'm begging you. I'll do anything. Maybe I'll let you rape her.
m. 12/20/2024: Text her, follow her on IG, come to her house and rape her.
n. 12/30/2024: Wanna rape girls in Ames?

9. Multiple victims reported to law enforcement that unknown numbers contacted them and cyberflashed them. After learning about the investigation into ERSELIUS, ERSELIUS' course of conduct made multiple victims fearful that their personal information was with strangers online and that ERSELIUS had solicited people to rape, stalk, and/or cyberflash the victims. ERSELIUS' intentional course of conduct through electronic communications placed those victims in substantial emotional distress and reasonable fear of serious bodily injury.

10. I also found that on January 8, 2025, ERSELIUS received three computer-generated images from another Discord user via Discord messaging. These images contained depictions of two victims that ERSELIUS has solicited others to rape, stalk, and/or cyberflash. The three images were originally shared online by the victims when they were 16 and 17 years old and did not show any nudity. When ERSELIUS received these images, they had been modified to appear that the identifiable minors were engaging in sexually explicit conduct, namely lascivious exhibition of their genitals and pubic areas where the victim is depicted fully nude, and the visual depiction is intended to elicit a sexual response in a viewer.

11. As part of my analysis of ERSELIUS seized devices, I found that he also possessed over 50 images of victims that ERSELIUS had solicited others to rape, stalk, and/or cyberflash. These images were originally shared online by the victims when they were all under the age of 18 and did not show any nudity. The images ERSELIUS possessed had been modified to appear that the identifiable minors were engaging in sexually explicit conduct, namely lascivious exhibition of their genitals and pubic areas where the victim is depicted fully nude, and the visual depiction is intended to elicit a sexual response in a viewer.

12. Based on the foregoing, I believe there is probable cause that JACK JAMES ERSELIUS violated Title 18, United States Code, Section 2252A(a)(2) (Receipt of Child Pornography); Section 2252A(a)(5)(B) (Possession of Child Pornography); and Section 2261A(2) (Cyber Stalking), in Story County, Iowa, within

the Southern District of Iowa, between October 29, 2024, and January 21, 2025, as ERSELIUS knowingly received and possessed electronic images that ERSELIUS knew contained depictions of child pornography, such images having been shipped and transported using any means and facility of interstate and foreign commerce and ERSELIUS used electronic communication to engage in a course of conduct with the intent to harass others, which reasonably caused substantial emotional distress.

Respectfully submitted,

Tiffany Lord
Detective
University of Iowa Police Department
Johnson County Joint Forensic
Analysis Cyber Team

Subscribed and sworn before me by reliable electronic means on September 17, 2025.

Stephen B. Jackson, Jr.
Chief United States Magistrate Judge
Southern District of Iowa