**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JACK JAMES ERSELIUS,**<br><br>**Defendant.** | **Case No. 3:25-mj-00073-SBJ**<br><br>**APPLICATION FOR AUTHORIZATION TO FILE EX PARTE MOTION** |

**COMES NOW** the Defendant, Jack Erselius, through counsel, and for his Application for Authorization to File Motion Ex Parte, respectfully states to the Court as follows:

1. Mr. Erselius intends to submit a request to the Court that pertains to the preparation of his defense.

2. The information in that request is confidential and should not be shared with the Government.

3. Disclosure of the information contained in the request to the Government will permit the Government to deduce Mr. Erselius' trial strategy and will impair his right to the effective assistance of counsel.

4. Therefore, Mr. Erselius requests the Court's authorization to file his request ex parte.

**WHEREFORE**, the Defendant, Jack Erselius, respectfully requests this Court grant him permission to file his request ex parte.

**PARRISH KRUIDENIER, L.L.P.**

By: __/s/ Alfredo Parrish____

Alfredo Parrish AT0006051
Gina Messamer AT0011823
2910 Grand Avenue
Des Moines, Iowa 50312
Telephone: (515) 284-5737
Facsimile: (515) 284-1704
Email: aparrish@parrishlaw.com
gmessamer@parrishlaw.com

**ATTORNEYS FOR DEFENDANT**

**Copy to client.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 14, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system and a true copy of the foregoing was served electronically on the attorneys of record.

By: __/s/ Gina Messamer__________